**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD KEVIN HAMMERBECK, | No. 2:18-CV-2289-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SHASTA, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. This matter is currently set for an initial scheduling conference on December 11, 2019. Pursuant to the court's July 30, 2019, order (ECF No. 17), the parties were required to file separate scheduling conference statements no later than seven days prior to the scheduling conference. Defendant filed its scheduling conference statement on November 27, 2019. To date, plaintiff has failed to comply with the July 30, 2019, order. The scheduling conference will, therefore, be vacated and plaintiff will be directed to show cause in writing why this action should not be dismissed for failure to prosecute and comply with court rules and orders. See Local Rule 110.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for December 11, 2019, at 10:00 a.m. before the undersigned in Redding, California, is vacated;

2. Plaintiff shall show cause in writing within 30 days of the date of this order why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders.

Dated: December 5, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE