IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KEVIN HAMMERBECK, | No. 2:18-CV-2289-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SHASTA, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. The initial scheduling conference, set for December 11, 2019, was vacated because plaintiff failed to file a scheduling conference statement as directed in the court's July 30, 2019, order. On December 6, 2019, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to file a scheduling conference statement. Plaintiff responded to the order to show cause on December 23, 2019, indicating he was unable to timely file a scheduling conference statement due to obligations associated with his care for a disabled person. A review of the docket reflects that plaintiff also submitted his scheduling conference statement on December 9, 2019.

/ / /

/ / /

/ / /

/ / /

Good cause appearing therefor, the order to show cause is discharged. An initial scheduling conference is re-set for February 19, 2020, at 10:00 a.m., before the undersigned in Redding, California.

IT IS SO ORDERED.

Dated: January 21, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE