IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KEVIN HAMMERBECK, | No. 2:18-CV-2289-JAM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COUNTY OF SHASTA, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendant's motion to compel, ECF No. 32, set for hearing before the undersigned in Redding, California, on December 16, 2020.

Defendant's motion is brought under Eastern District of California Local Rule 251(e) based on Plaintiff's alleged complete and total failure to respond to discovery. Under that rule, "[t]he responding party shall file a response thereto not later than seven (7) days before the hearing date." E. Dist. Cal. Local Rule 251(e). A review of the docket reflects that Plaintiff has not filed a response to Defendant's motion and the time to do so has expired. Accordingly, the December 16, 2020, hearing is vacated and Defendant's motion is submitted on the moving

/ / /

/ / /

/ / /

1

papers without oral argument or further briefing.

                IT IS SO ORDERED.

Dated: December 11, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE