**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD KEVIN HAMMERBECK, | No. 2:18-CV-2289-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SHASTA, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendant's ex parte application, ECF No. 38, for modification of the schedule for this litigation. Good cause appearing therefor, Defendant's motion is granted. All discovery, including expert discovery, shall be completed by September 1, 2021. Dispositive motions shall be noticed to be heard by October 1, 2021. The pre-trial conference and trial dates are vacated and will be re-set if appropriate following resolution of dispositive motions.

IT IS SO ORDERED.

Dated: February 10, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1