**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD KEVIN HAMMERBECK, | No.  2:18-CV-2289-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SHASTA, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Defendant's motion for terminating sanctions.  See ECF No. 37.   No opposition to the pending motion has been filed.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for March 10, 2021, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.


Dated:  February 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1