**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD KEVIN HAMMERBECK,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SHASTA,<br><br>Defendant. | No. 2:18-CV-2289-JAM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 9, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 9, 2021, are adopted in full;

2. Defendant's motion to dismiss, ECF No. 37, is granted;

3. Plaintiff's motion, ECF No. 33, seeking unspecified relief is denied as moot; and

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: April 26, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE